**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

MARY KATHRYN RICHARDSON                                             PLAINTIFF

V.                           NO. 1:11CV00018 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                             DEFENDANT

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 16th day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE